JS6

MICHAEL PERLIS, ESQ. (SBN 95992)
JOSHUA SHAYNE, ESQ. (SBN 223408)
KAUFMAN BORGEEST & RYAN LLP
21700 Oxnard Street, Suite 1450
Woodland Hills, CA 91367
Telephone: (818) 880-0992
Facsimile: (818) 880-0993

Attorneys for Plaintiffs
NADER KASHANIAN; NADER KASH INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER KASHANIAN, an individual; NADER KASH INTERNATIONAL, LLC, a New York Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>NELSON A. HOLDO, an individual; MIMI ET CIE., LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. 2:23-cv-02477-RGK-JPR<br><br>~~STIPULATION FOR ENTRY OF JUDGMENT AND ORDER~~ [29] |

  **IT IS STIPULATED** by and between Plaintiffs NADER KASHANIAN and NADER KASH INTERNATIONAL, LLC ("Plaintiffs") and Defendants NELSON A. HOLDO and MIMI ET CIE., LLC ("Defendants") (collectively referred to as "the Parties"), through their respective attorneys of record:

  1. **Conditional Resolution of Claims.** The "Parties" have agreed to resolve the claims, arising out of this action pursuant to a Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") executed simultaneously with this Stipulation and

incorporated into this Stipulation. Generally, the Settlement Agreement provides that:

    a. The following payments are to be made to Plaintiffs:

    Defendants are to pay Plaintiffs the total sum of $105,215.00 (which consists of the purchase price of the bracelet and 10% interest), on or before July 1, 2024;

    (2) Defendants will pay Plaintiffs the sum of $105,215.00 in eleven (11) consecutive monthly installments of $9,565.00, such payments due on or before the first day of each month, with the first payment due on September 1, 2023, and the last payment due on July 1, 2024;

    b. NELSON HOLDO and MIMI ET CIE., LLC shall be jointly and severally responsible for the monthly payments due to Plaintiff.

    c. Payment shall be made via wire transfer to the Plaintiffs pursuant to the Settlement Agreement.

    If any required monthly payment is not made Defendants will be in default. If default is not cured within 15 calendar days of Plaintiffs providing notice to Defendants of such default, then Plaintiffs may immediately file this Stipulation for Entry of Judgment, which is also attached as **Exhibit "A"** to the Settlement Agreement, and have a Judgment of the balance due immediately entered against Defendants, without a hearing, trial, or appeal. Notice hereunder may be provided via email to the following: nholdo@gmail.com and dantonlaw@yahoo.com.

    2.    **Dismissal of the Complaint Without Prejudice Subject to Revival for Entry of Judgment.**

    The Complaint filed in this action shall be dismissed, without prejudice, subject to revival for the purpose of entry of the Stipulated Judgment in the event of an uncured default of the Settlement Agreement. The Parties understand, agree, and request that the Court reserves all power and jurisdiction over this action and to set aside the Dismissal and order entry of the Stipulated Judgment, pursuant to the terms of this Stipulation and the Settlement Agreement.

    3.    **Tolling of Statute of Limitations.** Until the terms of the Settlement Agreement are performed in full by Defendants, the Parties agree to toll any applicable

statute of limitation related to Plaintiffs' claims in their Complaint during the time of the execution of the Settlement Agreement until the date payment is made in full, or until entry of the Stipulated Judgment.

4. **Status of Dismissal.** When Defendants perform their obligations under the Settlement Agreement, a Joint Stipulation and Proposed Order for Dismissal with prejudice will be filed. As long as Defendants do not default pursuant to the terms of the Settlement Agreement, Plaintiffs will not seek to enter the Stipulated Judgment. The Parties stipulate that Plaintiffs and their counsel will hold this Stipulation in trust and will not file it with the Court so long as there is no failure to make a timely payment or cure such failure pursuant to the Settlement Agreement.

5. **Judgment Upon Default of the Settlement Agreement.**

If any required monthly payment is not made as described above and required under the Settlement Agreement, and this failure is not cured within fifteen (15) calendar days of Plaintiffs providing notice to Defendants of such default, then Plaintiffs may immediately proceed, ex-parte, to file the Stipulation for Entry of Judgment with the Court. Upon receipt of the Stipulation for Entry of Judgment, this Court will:

    a. Reassert jurisdiction over this action;

    b. Vacate and set aside the Dismissal entered under this Stipulation and reinstate this case; and

    c. Enter a Judgment for the remaining balance owed in Plaintiffs' favor against Defendants, as stated in the Stipulation for Entry of Judgment.

6. **Attorneys' Fees.**

The Parties stipulate that reasonable attorneys' fees shall be awarded for any and all efforts to enforce this Stipulated Judgment.

**IT IS SO STIPULATED:**

DATED: August _16_, 2023    By: _____
                                                      Plaintiff, NADER KASHANIAN

DATED: August _16_, 2023    By: _____
                                                      Plaintiff, NADER KASH INTERNATIONAL, LLC

```
 1
 2   DATED: August __, 2023        By: _____
           8/17/2023                    [DocuSigned by: 17DD9F190FB9499...]
 3                                      Defendant, NELSON HOLDO
 4
 5   DATED: August __, 2023        By: _____
           8/17/2023                    [DocuSigned by: 17DD9F190FB9499...]
 6                                      Defendant, MIMI ET CIE., LLC
 7
 8
 9          APPROVED AS TO FORM:
10
11   DATED: August 11, 2023        KAUFMAN BORGEEST & RYAN LLP
12
13                                 By: _____
                                        MICHAEL PERLIS, ESQ.
14                                      JOSHUA SHAYNE, ESQ.
                                        Attorneys for Plaintiff,
15                                      M.I.D. LA, LLC
16
17   DATED: August __, 2023        LAW OFFICES OF M. DANTON
           8/17/2023               RICHARDSON
18
19
20
21                                 By: _____
                                        [DocuSigned by: MD Richardson, 658B2E17D22D446...]
22                                      M. DANTON RICHARDSON, ESQ.
                                        Attorneys for Defendants,
23                                      NELSON HOLDO and MIMI ET CIE., LLC
24
25   IT IS SO ORDERED.
26
     DATED: 9/21/2023              _____
27                                 Honorable Gary Klausner
28
```

4

STIPULATION FOR ENTRY OF JUDGMENT